IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| UNITED STATES OF AMERICA, | CR 23–01–BU–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| BO JORDAN BRADLEY, | |
| Defendant. | |

Before the Court is the United States' motion for final order of forfeiture. (Doc. 34.) Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2. A Preliminary Order of Forfeiture was entered on May 19, 2023. (Doc. 32.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 33.)

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d).

It is therefore ORDERED that:

1. The motion for final order of forfeiture (Doc. 34) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of

1

the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Remington Arms Company, Inc 870 Super Mag Shotgun, CAL: 12, SN: RS49428A;
- Remington Arms Company, Inc 700 Rifle, CAL: 270, SN: 6864216;
- 157 Rounds Assorted Ammunition.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 7th day of August, 2023.

_____
Dana L. Christensen, District Judge
United States District Court