IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BO JORDAN BRADLEY,<br><br>Defendant. | CR 23–01–BU–DLC<br><br><br><br>ORDER |

Before the Court is Defendant's Unopposed Motion to Allow Remote Witness Testimony of Witness at Sentencing. (Doc. 42.) Paula Mills, serves as Defendant's counselor in Bozeman, Montana. (*Id.* at 1.) The basis for this motion is to allow Ms. Mills to remotely attend the sentencing hearing scheduled on September 21, 2023, due to the demands of her professional schedule. (*Id.*) The United States does not oppose the motion. (*Id.*)

Accordingly, IT IS ORDERED that the motion (Doc. 42) is GRANTED.

DATED this 15th day of September, 2023.

Dana L. Christensen, District Judge
United States District Court